# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1996
_____

BRYAN LOWTHER and KELSEY
LOWTHER,

    Appellants,

    v.

TIMOTHY D. LUCEY and KRISTINA
M. LUCEY,

    Appellees.

_____


On appeal from the Circuit Court for Nassau County.
Steven M. Fahlgren, Judge.


August 13, 2019


PER CURIAM.

    AFFIRMED.

RAY, C.J., and BILBREY and JAY, JJ., concur.


_____


***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Christopher M. Costello of Brannon Brown Haley & Bullock, P.A., Lake City, for Appellants.

J. Thomas McKeel of J. Thomas McKeel, P.A., Fernandina Beach, for Appellees.